JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERINFO.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONEY MANAGEMENT INTERNATIONAL, INC, <br><br> Defendant. <br><br><br> AND RELATED COUNTERCLAIMS | Case No. CV 07-04275 SJO-Ex <br><br> [*Assigned to Hon. S. James Otero*] <br><br> PERMANENT INJUNCTION AND CONSENT JUDGMENT <br><br> [*Stipulation re [Proposed] Judgment filed Concurrently Herewith*] |

With the consent of plaintiff ConsumerInfo.com, Inc. ("ConsumerInfo") and defendant Money Management International, Inc. ("MMI"), and the approval of their respective counsel, the Court enters this Permanent Injunction and Consent Judgment ("Order") based on the following stipulated facts and conclusions of law:

1. This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties.

2. ConsumerInfo contends it is the owner of the trademark PLUS SCORE.

1

Consent Injunction.DOC

US2008 1256625.1

3. MMI contends that it used the mark MY SCORE + or MY SCORE PLUS prior to ConsumerInfo's first use in commerce of PLUS SCORE.

4. ConsumerInfo contends that the marks PLUS SCORE, on the one hand, and MY SCORE + and MY SCORE PLUS, on the other hand, are confusingly similar to each other.

5. Neither party makes any admission of liability. However, to settle and resolve the claims in this action, both parties consent to the entry of this Permanent Injunction and Consent Judgment.

6. ConsumerInfo has agreed to settle and resolve this dispute on the express condition that MMI agrees to entry of this Order permanently enjoining MMI from using the trademarks MY SCORE PLUS, MY SCORE + and any trademark or service mark that is confusingly similar to PLUS SCORE.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that:

A. MMI is permanently enjoined from using the trademarks MY SCORE PLUS, MY SCORE + and any other trademark or service mark that is confusingly similar to PLUS SCORE, pursuant to ConsumerInfo's claims for Trademark Infringement, False Designation of Origin, and Common Law Trademark Infringement. All other claims in this action are dismissed with prejudice. In entering judgment, the Court finds that the parties' settlement is reasonable. The Court makes no findings as to the merits of the dispute. In particular, the Court makes no finding that either party has infringed any of the other party's trademarks.

B. The provisions of this Order shall also apply to each of MMI's officers, shareholders, directors, agents, employees, subsidiaries, successors, assigns, and to all persons in active concert or participating with them who receive actual notice of this order.

Consent Injunction.DOC
US2008 1256625.1

  C. ConsumerInfo may seek immediate specific enforcement of this Order by application to this Court.

  D. Neither party is the prevailing party and each party shall bear its own costs and attorney's fees.

  E. Liberty Mutual Insurance Company is released from its obligation as surety under Bond No. 022025273 in the amount of $1,265,125.00 previously filed with this Court (Docket Entry No. 263).

IT IS SO ORDERED.

Dated: May 7, 2010_____

By:_____
  Honorable S. James Otero
  United States District Judge

Consent Injunction.DOC

US2008 1256625.1